# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ANTQUAN DURPREE CLAY, <br><br> Plaintiff, <br><br> v. <br><br> SAN BERNARDINO COUNTY et al., <br><br> Defendants. | Case No. ED CV 19-01110-FMO (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's First Amended Complaint is dismissed without prejudice for lack of prosecution. Let judgment be entered accordingly.

Dated: March 31, 2020

                                               _____/s/_____
                                               FERNANDO M. OLGUIN
                                               United States District Judge