# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ANTQUAN DURPREE CLAY,<br><br>Plaintiff,<br><br>v.<br><br>SAN BERNARDINO COUNTY, et al.,<br><br>Defendants. | No. ED CV 19-01110-FMO (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and this entire action is dismissed without prejudice for failure to prosecute.

Date: March 31, 2020           _____/s/_____
                               FERNANDO M. OLGUIN
                               United States District Judge